**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: 49TH JUDICIAL DISTRICT | : No. 39 MM 2020 |
| DECLARATION OF JUDICIAL | : |
| EMERGENCY (CENTRE COUNTY) | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of June, 2021, the Request for Emergency Judicial Order is GRANTED, with an expiration date of August 31, 2021. Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by advanced communication technology, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.